UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

MATTEL, INC.,                             :

                Plaintiff,   :   07 CV 2986

      - against -                   :   07 Civ.

JEREMY ABRAM,                             :

                Defendant.   :

- - - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mattel, Inc. (a private, non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or publicly held corporations of said party which own 10% or more of its stock:

NONE.

DATE: 4/13/07

SIGNATURE OF ATTORNEY