UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

MATTEL, INC.,                          :

            Plaintiff,           :

   - against -                        :    07 Civ. 2986(DC)

JEREMY ABRAM,                          :

            Defendant.           :

- - - - - - - - - - - - - - - - - - - x

          NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that the undersigned has moved its offices to:

        Dunnegan LLC
        350 Fifth Avenue
        New York, New York 10118

Dated:  New York, New York
        June 20, 2007

                            DUNNEGAN LLC

                            By *Megan L. Martin*
                              William Dunnegan (WD9316)
                              Megan L. Martin (MM4396)
                            Attorneys for Plaintiff
                            350 Fifth Avenue
                            New York, New York 10118
                            (212) 332-8300

Declaration of Service

MEGAN L. MARTIN hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Dunnegan LLC.

2. On June 20, 2007 I served by U.S. mail email a true copy of the foregoing NOTICE OF CHANGE OF ADDRESS on attorneys for defendants:

> Fred Lichtmacher, Esq.
> 350 Fifth Avenue
> New York, New York 10118

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June 2007.

_____
Megan L. Martin