UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
MATTEL INC,                                                    NOTICE OF APPEARANCE
             Plaintiff,                                07 cv 2986 (DC)

      -against-

JEREMY ABRAM                                                    **JURY TRIAL DEMANDED**
             Defendants.
───────────────────────────────X

    **PLEASE TAKE NOTICE,** that the Defendant is now represented in the above entitled matter, and that FRED LICHTMACHER, ESQ., has been retained as counsel fo Defendant herein, and all papers in this action should be served on him at his office.

Dated: New York, New York
       June 22, 2007

                                                                                                   _____
                                          Fred Lichtmacher (FL-5341)
                                          Attorney for Defendant
                                          The Empire State Building
                                          350 5th Avenue Suite 7220
                                          New York NY 10118
                                          (212) 922-9066
                                          Fax #(212) 922-9077

      To:    **Megan Leigh Martin**
             Perkins & Dunnegan
             Attorneys for Plaintiff
             The Empire State Building
             350 5th Avenue Suite 2209
             New York, New York 10118
             (212) 332 8300
             Fax # (212) 332 8301