Jun 22 2007 2:33PM HP LASERJET FAX P. 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

MATTEL INC,

Plaintiff,

-against-

JEREMY ABRAM

Defendants.

---X

**STIPULATION ENLARGING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

07 cv 2986 (DC)

**IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES,** that the Defendant's time to answer or otherwise respond to the complaint is enlarged until July 11, 2007.

Dated: New York, New York
June 22, 2007

Fred Lichtmacher (FL-5341)
Attorney for Defendant
The Empire State Building
350 5th Avenue Suite 7220
New York NY 10118
(212) 922-9066
Fax #(212) 922-9077

Bill Dunnegan (WD 9316)
Attorney for Plaintiff
Dunnegan LLC
The Empire State Building
350 5th Avenue Suite 2209
New York NY 10118
(212) 332 8300
Fax # (212) 332 8301

SO ORDERED:

U.S.D.J.

6/26/07