UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MATTEL INC,                                             **ANSWER**
              Plaintiff,                             07 cv 2986 (DC)

     -against-

JEREMY ABRAM
              Defendants.
-----------------------------------------------------------------------X

     Defendant JEREMY ABRAM by his attorney of record Fred Lichtmacher hereby answers the plaintiff's complaint in the above-entitled action and states to this Court upon information and belief the following.

## NATURE OF THE ACTION

1    Defendant neither admits nor denies the allegations contained in paragraph designated "1" of the complaint and respectfully refers all questions of law to the Court.

## JURISDICTION

2    Defendant neither admits nor denies the allegations contained in paragraph designated "2" of the complaint and respectfully refers all questions of law to the Court.

3    Defendant neither admits nor denies the allegations contained in paragraph designated "3" of the complaint and respectfully refers all questions of law to the Court.

## PARTIES

4    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "4" of the complaint.

5    Defendant admits the allegations contained within the paragraph designated

"5" of the complaint.  **ASK THE CLIENT**

6     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "6" of the complaint.

7     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "7" of the complaint.

8     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "8" of the complaint.

9     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "9" of the complaint.

10     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "10" of the complaint.

11     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "11" of the complaint.

12     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "12" of the complaint.

13     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "13" of the complaint.

14      Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "14" of the complaint.

15      Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "15" of the complaint.

### DEFENDANT'S CONDUCT

16      Defendant admits the allegations contained in the paragraph designated "16" of the complaint.

17      Defendant admits he posted adult web sites at the URL's alleged in the paragraph designated "17" of the complaint.   Defendant denies information sufficient to form a belief as to the truth of the accuracy of the remainder of the paragraph designated "17" of the complaint.

18      Defendant denies the allegations in the paragraph designated "18" of the complaint.

### FIRST CLAIM FOR RELIEF

19      With respect to paragraph "19" of the complaint defendant repeats reiterates and realleges each and every response contained in paragraphs "1" through "18" of his answer as if fully set forth herein.

20      Defendant denies the allegations in the paragraph designated "20" of the complaint.

21      Defendant denies the allegations in the paragraph designated "21" of the complaint.

22      Defendant denies the allegations in the paragraph designated "22" of the complaint.

23      Defendant denies the allegations in the paragraph designated "23" of the complaint.

## SECOND CLAIM FOR RELIEF

24      With respect to paragraph "24" of the complaint defendant repeats reiterates and realleges each and every response contained in paragraphs "1" through "23" of his answer as if fully set forth herein.

25      Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "25" of the complaint.

26      Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "26" of the complaint.

27      Defendant denies the allegations in the paragraph designated "27" of the complaint.

28      Defendant denies the allegations in the paragraph designated "28" of the complaint.

29      Defendant denies the allegations in the paragraph designated "29" of the complaint.

## THIRD CLAIM FOR RELIEF

30      With respect to paragraph "30" of the complaint defendant repeats reiterates and realleges each and every response contained in paragraphs "1" through "29" of his answer as if fully set forth herein.

31      Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of each and every allegation contained in the paragraph designated "31" of the complaint.

32      Defendant denies the allegations in the paragraph designated "32" of the complaint.

33      Defendant denies the allegations in the paragraph designated "33" of the complaint.

34      Defendant denies the allegations in the paragraph designated "34" of the complaint.

### FOURTH CLAIM FOR RELIEF

35      With respect to paragraph "35" of the complaint defendant repeats reiterates and realleges each and every response contained in paragraphs "1" through "34" of his answer as if fully set forth herein.

36      Defendant denies the allegations in the paragraph designated "36" of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

37      Defendant's use of the names "yammybarie.com" "yammiebarbie.com" and "yammiebarbies.com" were not likely to cause consumer confusion.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

38      The complaint fails to state a claim for which relief can be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

39      Plaintiff has incurred no damages.

**WHEREFORE,** the defendant demands judgment dismissing the complaint herein together with attorney's fees costs and disbursement incurred by said defendant and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
July 15, 2007

                                       /s/
                                  Fred Lichtmacher (FL-5341)
                                  Attorney for Defendant
                                  The Empire State Building
                                  350 5th Avenue Suite 7220
                                  New York NY 10118
                                  (212) 922-9066
                                  Fax #(212) 922-9077

To: **Megan Leigh Martin**
     Perkins & Dunnegan
     Attorneys for Plaintiff
     The Empire State Building
     350 5th Avenue Suite 2209
     New York, New York 10118
     (212) 332 8300
     Fax # (212) 332 8301